UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>GRIGOOR FRENKYAN,<br>　　　　Defendant. | Case No. 17-cr-00564-WHO-1<br><br>**ORDER DENYING MOTION TO TERMINATE PROBATION WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 259 |

　　　　Defendant Grigor Frenkyan is serving a sentence of probation for a term of three years for conspiring in the unlicensed wholesale distribution of prescription drugs. He has now served a little more than half of that sentence. He asks that the remainder of his probation be terminated in light of his good conduct, his on-going health issues and the impact of the pandemic.

　　　　The government opposes the motion as being premature and suggests that Mr. Frenkyan's motion be reconsidered after he has served two years—the probationary sentence of a co-defendant, Fogel, was terminated at that point. I agree that consistency matters for the co-defendants in this case. Accordingly, I DENY Mr. Frenkyan's motion without prejudice.

　　　　I invite Mr. Frenkyan to reapply for early termination of probation on or after March 26, 2022. Assuming that he has continued to comply with all of the conditions of probation, and absent any opposition from the government, I would contemplate granting a renewed motion on or shortly after April 8, 2022.

　　　　**IT IS SO ORDERED.**

Dated: November 29, 2021



William H. Orrick
United States District Judge